1  EILEEN M. DECKER
United States Attorney
2  LEON W. WEIDMAN
Assistant United States Attorney                    **JS-6**
3  Chief, Civil Division
JASON K. AXE
4  Assistant United States Attorney
California Bar Number 187101
5       Federal Building, Suite 7516
        300 North Los Angeles Street
6       Los Angeles, California 90012
        Telephone: (213) 894-8827
7       Facsimile: (213) 894-7819
        E-mail: Jason.Axe@usdoj.gov
8  Attorneys for Defendant

9

10                 UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

                        EASTERN DIVISION
12

13  BETTY RAYMONDO,                    No. EDCV 13-01642 VAP (KKx)

14              Plaintiff,             [~~PROPOSED~~] **ORDER
                                       DISMISSING ACTION WITH
15      v.                             PREJUDICE**

16  UNITED STATES OF AMERICA,

17              Defendant.

18

19
/ / /
20
/ / /
21

22

23

24

25

26

27

28

1         IT IS SO ORDERED that pursuant to the separately filed Stipulation for

2   Compromise Settlement, this action is hereby dismissed with prejudice. Each party

3   to bear its own costs and fees. The Court will retain jurisdiction over this action for

4   60 days from the date of the filing of this Order for the sole purpose of enforcing

5   the settlement agreement.

6

7   DATED:  _November 24, 2015

                                *Virginia A. Phillips*

                         UNITED STATES DISTRICT JUDGE

8   PRESENTED BY:

9

10  EILEEN M. DECKER
    United States Attorney
    LEON W. WEIDMAN

11  Assistant United States Attorney
    Chief, Civil Division

12

13  /s/ *Jason K. Axe*
    JASON K. AXE

14  Assistant United States Attorney
    Attorneys for Defendant

15

16

17

18

19

20

21

22

23

24

25

26

27

28